AO 91 (Rev. 02/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Juan Carlos Lopez-Bravo, | ) | Case No.  17-584 MJ |
| a.k.a.: Juan Lopez-Bravo, | ) | |
| a.k.a.: Juan Lopes Bravo, | ) | |
| (A097 330 562) | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 29, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Juan Carlos Lopez-Bravo, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 23, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).  I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY:  Charles E. Bailey, P.S. for AUSA Natalie B. Huddleston

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Gilbert V. Longoria,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   November 20, 2017

_____
*Judge's signature*

City and state:   Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Gilbert V. Longoria, being duly sworn, hereby depose and state as follow:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On or about June 29, 2017, Juan Carlos Lopez-Bravo was booked into the Maricopa County Jail (MCJ) intake facility by the Avondale Police Department on local charges.  While incarcerated at the MCJ, Lopez-Bravo was examined by ICE Officer J. Claudio who determined him to be a Mexican citizen, illegally present in the United States.  On the same date, an immigration detainer was lodged with the county jail. On November 17, 2017, Lopez-Bravo was released from the Arizona Department of Corrections and transported to the Phoenix ICE office for further investigation and processing.  Lopez-Bravo was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Juan Carlos Lopez-Bravo to be a citizen of Mexico and a previously deported criminal alien. Lopez-Bravo was removed from the United States to Mexico at or near Nogales, Arizona, on or about March 23, 2017, pursuant to an order of removal issued by an immigration judge.  There is no record of Lopez-Bravo in any Department of Homeland Security database to suggest that he

2

obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Lopez-Bravo's immigration history was matched to him by electronic fingerprint comparison.

4. On November 17, 2017, Juan Carlos Lopez-Bravo was advised of his constitutional rights. Lopez-Bravo freely and willingly acknowledged his rights and agreed to provide a statement under oath. Lopez-Bravo stated that his true name is Juan Lopes Bravo and that he is a citizen of Mexico. Lopez-Bravo stated that he illegally entered the United States at Chihuahua, in May. Lopez-Bravo further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about June 29, 2017, Juan Carlos Lopez-Bravo, an alien, was found in the United States  of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

///

///

///

at or near Nogales, Arizona, on or about March 23, 2017, and not having obtained the

express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a).


Gilbert V. Longoria,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 20th day of November, 2017.

Michelle H. Burns,
United States Magistrate Judge